JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW S. KENEFICK (Bar No. 227298)
JULIAN OSCAR ALVAREZ (Bar No. 349149 )
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584

Attorneys for Defendants Estée Lauder
Inc. and ELC Online Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Licea, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESTÉE LAUDER INC., ELC ONLINE INC., and Does 1 to 10, inclusive,<br><br>Defendant. | Case No. 3:23-cv-00726-L-JLB<br><br>**DEFENDANTS ESTÉE LAUDER INC. AND ELC ONLINE INC.'S ANSWER TO COMPLAINT FOR VIOLATION OF THE WIRETAP ACT, 18 U.S.C. §§ 2510, ET. SEQ; INVASION OF PRIVACY: VIOLATION OF PENAL CODE § 631; INVASION OF PRIVACY: VIOLATION OF PENAL CODE § 632; VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW, CALIFORNIA BUSINESS & PROFESSIONAL CODE §§ 17200, ET. SEQ.** |

Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant Estée Lauder Inc. and Defendant ELC Online Inc. (collectively "Defendants") answer the Complaint of Plaintiff Robert Gardner ("Plaintiff"). If an averment is not specifically admitted, it is hereby denied.

## ANSWER TO COMPLAINT

1.     Answering Paragraph 1, Defendants admit that Plaintiff has sued Estée Lauder Inc. and ELC Online Inc. seeking damages and injunctive relief for alleged violations of his privacy. Except as expressly admitted herein, Defendants deny each

and every allegation contained therein.

2.    Answering Paragraph 2, Defendants deny each and every allegation contained therein.

3.    Answering Paragraph 3, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis deny such allegations.

## THE PRIVACY STATUTES AT ISSUE

4.    Answering Paragraph 4, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

5.    Answering Paragraph 5, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

6.    Answering Paragraph 6, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

7.    Answering Paragraph 7, Defendants state that it contains legal conclusions as to which no response is required.

## JURISDICTION AND VENUE

8.    Answering Paragraph 8, Defendants state that it contains legal conclusions as to which no response is required.  To the extent a response is required, Defendants admit that this Court has jurisdiction.

9.    Answering Paragraph 9, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants admit that this Court has jurisdiction.

10.    Answering Paragraph 10, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

**ANSWER TO COMPLAINT**

**PARTIES**

11.    Answering Paragraph 11, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

12.    Defendants admit the allegations of Paragraph 12.

13.    Defendants admit only that ELC Online Inc. is a Delaware corporation that is headquartered in New York.  Defendants deny the remaining allegations of said paragraph.

14.    Answering Paragraph 14, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

15.    Answering Paragraph 15, Defendants state that it contains legal conclusions and argument as to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

**FACTUAL ALLEGATIONS**

16.    Answering Paragraph 16, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

17.    Answering Paragraph 17, Defendants deny each and every allegation contained therein.

18.    Answering Paragraph 18, Defendants deny each and every allegation contained therein.

19.    Answering Paragraph 19, Defendants deny each and every allegation contained therein.

**ANSWER TO COMPLAINT**

20.     Answering Paragraph 20, Defendants deny each and every allegation contained therein.

21.     Answering Paragraph 21, Defendants deny each and every allegation contained therein.

22.     Answering Paragraph 22, Defendants deny each and every allegation contained therein.

23.     Answering Paragraph 23, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

24.     Answering Paragraph 24, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

25.     Answering Paragraph 25, Defendants deny each and every allegation contained therein.

26.     Answering Paragraph 26, Defendants deny each and every allegation contained therein.

27.     Answering Paragraph 27, Defendants deny each and every allegation contained therein.

28.     Answering Paragraph 28, Defendants deny each and every allegation contained therein.

29.     Answering Paragraph 29, Defendants deny each and every allegation contained therein.

30.     Answering Paragraph 30, Defendants deny each and every allegation contained therein.

31.     Answering Paragraph 31, Defendants deny each and every allegation contained therein.

**CLASS ACTION ALLEGATIONS**

32.     Answering Paragraph 32, Defendants admit that Plaintiff has brought a

**ANSWER TO COMPLAINT**

class action suit against Defendants but deny Plaintiff is entitled to any such relief. Except as expressly admitted herein, Defendants state that Paragraph 32 contains legal conclusions as to which no response is required and, on that basis, deny the same.

33.     Answering Paragraph 33, Defendants admit that Plaintiff has brought a class action suit against Defendants but deny Plaintiff is entitled to any such relief. Except as expressly admitted herein, Defendants state that Paragraph 32 contains legal conclusions as to which no response is required and, on that basis, deny the same.

34.     Answering Paragraph 34, Defendants admit that Plaintiff does not know the exact size of each Class. Except as expressly admitted herein, Defendants state that Paragraph 34 contains legal conclusions as to which no response is required and, on that basis, deny the same.

35.     Answering Paragraph 35, Defendants state that it contains legal conclusions and argument as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

36.     Answering Paragraph 36, Defendants admit that the suit seeks only damages and injunctive relief for recovery of economic injury on behalf of the Classes. Except as expressly admitted herein, Defendants state that Paragraph 36 contains legal conclusions as to which no response is required and, on that basis, deny the same.

37.     Answering Paragraph 37, Defendants state that it contains legal conclusions and argument as to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

38.     Answering Paragraph 38, including subparts (a) through (g), Defendants state that it contains legal conclusions as to which no response is

required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

39. Answering Paragraph 39, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

40. Answering Paragraph 40, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

41. Answering Paragraph 41, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

42. Answering Paragraph 42, Defendants admit that Plaintiff has retained counsel. Except as expressly admitted herein, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

43. Answering Paragraph 43, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

44. Answering Paragraph 44, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief

Case No.3:23-cv-00726-L-JLB

**ANSWER TO COMPLAINT**

concerning the truth of the factual allegations contained therein and on that basis denies such allegations.

## FIRST CAUSE OF ACTION

### Violation of the Wiretap Act

### 18 U.S.C. §§ 2510, Et Seq.

45.     Answering Paragraph 45, Defendants hereby incorporate by reference each admission, denial, and each denial on information and belief, as well as all explanations regarding those allegations, made in response to paragraphs 1 through 44; inclusive, as though fully set forth herein.

46.     Answering Paragraph 46, Defendants state that it contains legal conclusions as to which no response is required.

47.     Answering Paragraph 47, Defendants deny each and every allegation contained therein.

48.     Answering Paragraph 48, Defendants deny each and every allegation contained therein.

49.     Answering Paragraph 49, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

50.     Answering Paragraph 50, Defendants state that it contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

## SECOND CAUSE OF ACTION

### Invasion Of Privacy

### Cal. Penal Code § 631

51.     Answering Paragraph 51, Defendants hereby incorporate by reference each admission, denial, and each denial on information and belief, as well as all explanations regarding those allegations, made in response to paragraphs 1 through 50; inclusive, as though fully set forth herein.

7

**ANSWER TO COMPLAINT**

52.     Answering Paragraph 52, Defendants state that it contains legal conclusions as to which no response is required.

53.     Answering Paragraph 53, Defendants state that it contains legal conclusions as to which no response is required.

54.     Answering Paragraph 54, Defendants deny each and every allegation contained therein.

55.     Answering Paragraph 55, Defendants deny each and every allegation contained therein.

56.     Answering Paragraph 56, Defendants deny each and every allegation contained therein.

57.     Answering Paragraph 57, Defendants deny each and every allegation contained therein.

58.     Answering Paragraph 58, Defendants deny each and every allegation contained therein.

59.     Answering Paragraph 59, Defendants deny each and every allegation contained therein.

60.     Answering Paragraph 60, Defendants deny each and every allegation contained therein.

61.     Answering Paragraph 61, Defendants deny each and every allegation contained therein.

62.     Answering Paragraph 62, Defendants deny each and every allegation contained therein.

63.     Answering Paragraph 63, Defendants admit that Plaintiff seeks attorneys' fees; however, deny that Plaintiff is entitled to any recovery and denies each and every remaining allegation of said paragraph.

/ / /

/ / /

/ / /

8

**ANSWER TO COMPLAINT**

# THIRD CAUSE OF ACTION

## Invasion Of Privacy

## Cal. Penal Code § 632

64. Answering Paragraph 64, Defendants hereby incorporate by reference each admission, denial, and each denial on information and belief, as well as all explanations regarding those allegations, made in response to paragraphs 1 through 63; inclusive, as though fully set forth herein.

65. Answering Paragraph 65, Defendants state that it contains legal conclusions as to which no response is required.

66. Answering Paragraph 66, Defendants state that it contains legal conclusions as to which no response is required.

67. Answering Paragraph 67, Defendants deny each and every allegation contained therein.

68. Answering Paragraph 68, Defendants deny each and every allegation contained therein.

69. Answering Paragraph 69, Defendants deny each and every allegation contained therein.

70. Answering Paragraph 70, Defendants deny each and every allegation contained therein.

71. Answering Paragraph 71, Defendants deny each and every allegation contained therein.

72. Answering Paragraph 72, Defendants deny each and every allegation contained therein.

73. Answering Paragraph 73, Defendants admit that Plaintiff seeks attorneys' fees; however, deny that Plaintiff is entitled to any recovery and denies each and every remaining allegation of said paragraph.

/ / /

/ / /

## FOURTH CAUSE OF ACTION

### Unfair Competition

### Cal. Bus. & Prof. Code §§ 17200, Et Seq.

74. Answering Paragraph 74, Defendants hereby incorporate by reference each admission, denial, and each denial on information and belief, as well as all explanations regarding those allegations, made in response to paragraphs 1 through 73; inclusive, as though fully set forth herein.

75. Answering Paragraph 75, Defendants state that it contains legal conclusions as to which no response is required.

76. Answering Paragraph 76, Defendants state that it contains legal conclusions as to which no response is required.

77. Answering Paragraph 77, Defendants state that it contains legal conclusions as to which no response is required.

78. Answering Paragraph 78, Defendants state that it contains legal conclusions as to which no response is required.

79. Answering Paragraph 79, Defendants admit that Plaintiff seeks attorneys' fees; however, deny that Plaintiff is entitled to any recovery and denies each and every remaining allegation of said paragraph.

80. Answering Paragraph 80, Defendants admit that Plaintiff seeks attorneys' fees; however, deny that Plaintiff is entitled to any recovery and denies each and every remaining allegation of said paragraph.

81. Answering Paragraph 81, Defendants admit that Plaintiff seeks attorneys' fees; however, deny that Plaintiff is entitled to any recovery and denies each and every remaining allegation of said paragraph.

82. Answering Paragraph 82, Defendants admit that Plaintiff seeks injunctive relief. Except as expressly admitted herein, Defendants state that Paragraph 82 contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained

Case No.3:23-cv-00726-L-JLB

**ANSWER TO COMPLAINT**

therein.

83.   Answering Paragraph 83, Defendants admit that Plaintiff seeks attorneys' fees; however, deny that Plaintiff is entitled to any recovery and denies each and every remaining allegation of said paragraph.

## PRAYER FOR RELIEF

84.   Answering Paragraph 84, Defendants admit that Plaintiff requests class certification and appointment as the representative of the Nationwide Class. Except as expressly admitted herein, Defendants state that Paragraph 84 contains legal conclusions as to which no response is required.

85.   Answering Paragraph 85, Defendants admit that Plaintiff requests statutory damages. Except as expressly admitted herein, Defendants state that Paragraph 85 contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

86.   Answering Paragraph 86, Defendants admit that Plaintiff requests injunctive relief. Except as expressly admitted herein, Defendants state that Paragraph 86 contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

87.   Answering Paragraph 87, Defendants admit that Plaintiff requests injunctive relief. Except as expressly admitted herein, Defendants state that Paragraph 87 contains legal conclusions as to which no response is required.

88.   Answering Paragraph 88, Defendants admit that Plaintiff requests punitive damages. Except as expressly admitted herein, Defendants state that Paragraph 88 contains legal conclusions as to which no response is required.

89.   Answering Paragraph 89, Defendants admit that Plaintiff requests attorneys' fees and costs. Except as expressly admitted herein, Defendants state that Paragraph 89 contains legal conclusions as to which no response is required.

Case No.3:23-cv-00726-L-JLB

**ANSWER TO COMPLAINT**

90. Answering Paragraph 90, Defendants admit that Plaintiff requests prejudgment interest. Except as expressly admitted herein, Defendants state that Paragraph 90 contains legal conclusions as to which no response is required.

91. Answering Paragraph 91, Defendants admit that Plaintiff requests "further relief as this Court deems necessary, just, and proper." Except as expressly admitted herein, Defendants state that Paragraph 91 contains legal conclusions as to which no response is required.

92. Answering Paragraph 92, Defendants admit that Plaintiff requests certification of the California Class and appointment of himself as its representative. Except as expressly admitted herein, Defendants state that Paragraph 92 contains legal conclusions as to which no response is required.

93. Answering Paragraph 93, Defendants admit that Plaintiff requests statutory damages. Except as expressly admitted herein, Defendants state that Paragraph 93 contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

94. Answering Paragraph 94, Defendants admit that Plaintiff requests injunctive relief. Except as expressly admitted herein, Defendants state that Paragraph 94 contains legal conclusions as to which no response is required. To the extent a response is required, Defendants deny each and every allegation contained therein.

95. Answering Paragraph 95, Defendants admit that Plaintiff requests injunctive relief. Except as expressly admitted herein, Defendants state that Paragraph 95 contains legal conclusions as to which no response is required.

96. Answering Paragraph 96, Defendants admit that Plaintiff requests exemplary or treble damages. Except as expressly admitted herein, Defendants state that Paragraph 96 contains legal conclusions as to which no response is required.

97. Answering Paragraph 97, Defendants admit that Plaintiff requests

attorneys' fees and costs. Except as expressly admitted herein, Defendants state that Paragraph 97 contains legal conclusions as to which no response is required.

98.    Answering Paragraph 98, Defendants admit that Plaintiff requests prejudgment interest. Except as expressly admitted herein, Defendants state that Paragraph 98 contains legal conclusions as to which no response is required.

99.    Answering Paragraph 99, Defendants admit that Plaintiff requests "further relief as this Court deems necessary, just, and proper." Except as expressly admitted herein, Defendants state that Paragraph 99 contains legal conclusions as to which no response is required.

100.    Answering Paragraph 100, Defendants admit that Plaintiff requests injunctive relief. Except as expressly admitted herein, Defendants state that Paragraph 100 contains legal conclusions as to which no response is required.

101.    Answering Paragraph 101, Defendants admit that Plaintiff seeks attorney's fees and costs. Except as expressly admitted herein, Defendants state that Paragraph 101 contains legal conclusions as to which no response is required.

102.    Answering Paragraph 102, Defendants admit that Plaintiff seeks prejudgment interest. Except as expressly admitted herein, Defendants state that Paragraph 102 contains legal conclusions as to which no response is required.

103.    Answering Paragraph 103, Defendants admit that Plaintiff seeks "further relief as this Court deems necessary, just, and proper." Except as expressly admitted herein, Defendants state that Paragraph 103 contains legal conclusions as to which no response is required.

104.    Answering Paragraph 104, Defendants admit that Plaintiff requests a trial by jury. Except as expressly admitted herein, Defendants state that Paragraph 104 contains legal conclusions as to which no response is required.

/ / /

/ / /

/ / /

## AFFIRMATIVE DEFENSES

Without admitting any of the allegations of the Complaint, Defendants plead the following separate defenses. Defendants reserve the right to assert additional affirmative defenses that discovery indicates are proper.

### FIRST AFFIRMATIVE DEFENSE

### (Consent)

1. As a separate and first affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiff is barred from prosecuting the purported causes of action set forth in the Complaint because Plaintiff, and/or the persons and/or entities acting on his behalf, consented to and acquiesced in the subject conduct.

### SECOND AFFIRMATIVE DEFENSE

### (Waiver)

2. As a separate and second affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiff is barred in whole or in part from prosecuting the purported causes of action set forth in the Complaint by the doctrine of waiver.

### THIRD AFFIRMATIVE DEFENSE

### (Class Action Waiver)

3. As a separate and third affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that this action may not be properly maintained or certified as a class action because, among other reasons, Plaintiff and the putative class members waived the right to participate in a class action by consenting to the terms and conditions on Defendants' website.

### FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

4. As a separate and fourth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that Plaintiff's

14

**ANSWER TO COMPLAINT**

claims, if any, are barred for his failure, and/or the failure of the persons and/or entities acting on his behalf, to mitigate any purported damages.

## FIFTH AFFIRMATIVE DEFENSE

### (Lack of Deception)

5. As a separate and fifth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that the actions taken by it were not deceptive.

## SIXTH AFFIRMATIVE DEFENSE

### (Good Faith)

6. As a separate and sixth affirmative defense to the Complaint and each purported cause of action contained therein, Defendants allege that it is not liable for violation of Cal. Penal Code § 631 because Defendants' provision of chat features on its website reasonable and in good faith. Defendants had in place expansive privacy agreements with its data processors expressly limiting their use of any data and requiring compliance with all laws.

## SEVENTH AFFIRMATIVE DEFENSE

### (Lack Of Standing)

7. As a separate and seventh affirmative defense to Plaintiff's claim for relief for unfair competition, Defendants allege that Plaintiff lacks standing because he did not suffer an injury in fact and lost money or property as a result of the alleged unfair competition.

## EIGHTH AFFIRMATIVE DEFENSE

### (Mootness)

8. As a separate and eighth affirmative defense to Plaintiff's claims for injunctive relief, Defendants allege that any complained of conduct that would support injunctive relief has been remediated and discontinued, with adequate infrastructural changes to ensure such conditions do not recur, and therefore, Plaintiff's claims for injunctive relief are moot and should be denied.

## **PRAYER**

WHEREFORE, Defendants pray for relief as follows:

1.     That the Complaint be dismissed, with prejudice and in its entirety;

2.     That Plaintiff take nothing by reason of this Complaint and that judgment be entered against Plaintiff and in favor of Defendants;

3.     That Defendants be awarded his costs incurred in defending this action; and

4.     That Defendants be granted such other and further relief as the Court may deem just and proper.

DATED:  June 6, 2023

JEFFER MANGELS BUTLER & MITCHELL LLP
MATTHEW S. KENEFICK
JULIAN OSCAR ALVAREZ


By:  _____
MATTHEW S. KENEFICK
Attorneys for Defendants Estée Lauder Inc. and ELC Online Inc.

16

Case No.3:23-cv-00726-L-JLB

**ANSWER TO COMPLAINT**