UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESTÉE LAUDER INC., ELC ONLINE INC., and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.:  3:23-cv-00726-L-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR CASE DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 16] |

After reviewing the Joint Motion for Dismissal, the Court hereby dismisses the above-captioned action with prejudice as to the individual claims and without prejudice as to the claims of proposed class members. Each party to bear their own costs and attorney fees.

**IT IS SO ORDERED.**
Dated:  April 15, 2024

_____
Hon. M. James Lorenz
United States District Judge